# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 20-0189V
UNPUBLISHED

| | |
|---|---|
| RINA SCHNAUFER,<br><br>                 Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                 Respondent. | Chief Special Master Corcoran<br><br>Filed: July 12, 2021<br><br>Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Hepatitis A (Hep A) Vaccine;<br>Shoulder Injury Related to Vaccine<br>Administration (SIRVA) |

*Matthew F. Belanger*, Faraci Lang, LLP, Rochester, NY, for Petitioner.

*Lynn Christina Schlie*, U.S. Department of Justice, Washington, DC, for Respondent.

### DECISION AWARDING DAMAGES[1]

On February 24, 2020, Rina Schnaufer filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of a Hepatitis A ("Hep A") vaccine that was administered to her on August 24, 2017. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On June 14, 2021, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On July 12, 2021, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $108,456.20 (comprised of $107,500.00 for pain and suffering and $956.20 for out of pocket expenses). Proffer at 1. In the Proffer, Respondent represented that Petitioner agrees

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $108,456.20 (comprised of $107,500.00 for pain and suffering and $956.20 for out of pocket expenses) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u><br>
Brian H. Corcoran<br>
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| RINA SCHNAUFER,  )<br>  )<br>Petitioner,  )<br>  )   No. 20-189V (ECF)<br>v.  )   Chief Special Master Corcoran<br>  )<br>SECRETARY OF HEALTH  )<br>AND HUMAN SERVICES,  )<br>  )<br>Respondent.  )<br>  ) | |

### RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On June 14, 2020, respondent conceded that entitlement to compensation was appropriate under the terms of the Vaccine Act. ECF No. 36. Thereafter, Chief Special Master Corcoran issued a Ruling on Entitlement, finding that petitioner was entitled to vaccine compensation for her Shoulder Injury Related to Vaccine Administration ("SIRVA"). ECF No. 37.

**I.      Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded $108,456.20. The award is comprised of the following: $107,500.00 for pain and suffering, and $956.20 for out of pocket expenses. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

**II.     Form of the Award**

The parties recommend that compensation provided to petitioner should be made through a lump sum payment of **$108,456.20**, in the form of a check payable to petitioner. Petitioner agrees.

Petitioner is a competent adult. Evidence of guardianship is not required in this case.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        C. SALVATORE D'ALESSIO
        Acting Director
        Torts Branch, Civil Division

        HEATHER L. PEARLMAN
        Deputy Director
        Torts Branch, Civil Division

        LARA A. ENGLUND
        Assistant Director
        Torts Branch, Civil Division

        <u>/s/ LYNN C. SCHLIE</u>
        Lynn C. Schlie
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 146
        Benjamin Franklin Station
        Washington, D.C. 20044-0146
        Tel:  (202) 616-3667
        Fax:  (202) 616-4310

Dated: July 12, 2021